United States District Court
Southern District of Texas

**ENTERED**

January 07, 2026

Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## LAREDO DIVISION

| | | |
|---|---|---|
| HECTOR RAMON LOPEZ AMAYA, | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:25-CV-196 |
| | § | |
| KRISTI NOEM, ET AL., | § | |
| Respondents. | § | |

### ORDER

On December 19, 2025, the Court granted in part and denied in part Petitioner's petition for a writ of habeas corpus. (Dkt. No. 27). The Court ordered Respondents to release Petitioner unless he was provided with a bond hearing no later than December 29, 2025. (*Id.* at 10). According to Respondents' Status Update, (Dkt. No. 28), Petitioner's bond hearing was held on December 29, 2025, and an Immigration Judge denied Petitioner bond. (*Id.* at 2; Dkt. No. 28-1 at 1).

The only remaining relief sought in the petition that the Court has not addressed is the request for attorney's fees, expenses and costs. The Court construes this as a request for attorney's fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. However, the Fifth Circuit has held that fees under the EAJA are not authorized for Section 2241 habeas petitions because habeas proceedings are not purely civil actions. *Barco v. Witte*, 65 F.4th 782, 785 (5th Cir. 2023); *see also Puertas Mendoza v. Bondi*, No. 5:25-CV-1453, 2025 WL 3142089, at *5 (W.D. Tex. Oct. 22, 2025) (denying request for fees under the EAJA in immigration habeas corpus proceedings). Because this relief is not authorized by Fifth Circuit precedent, Petitioner's request for attorney's fees is **DENIED**.

Accordingly, it appears that there are no live disputes remaining in this case. The parties are **ORDERED** to file a joint advisory addressing how they would like the Court to proceed **by January 21, 2026**. Alternatively, the parties may file a Federal Rule of Civil Procedure 41(a)(1)(A)(ii) joint dismissal by that date.

It is so **ORDERED**.

**SIGNED** on January 7, 2026.

_____

John A. Kazen
United States District Judge